IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 8:23-cr-851 |
| | ) | |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| | ) | 18 U.S.C. § 922(d)(1) |
| | ) | 18 U.S.C. § 922(a)(5) |
| -versus- | ) | 18 U.S.C. § 923(a) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(a)(1)(D) |
| | ) | |
| | ) | |
| **DAVID SCOTT EMORY** | ) | **INFORMATION** |

## COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

That from on or about December 8, 2021, to on or about May 19, 2022, in the District of South Carolina, the Defendant, **DAVID SCOTT EMORY**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

1

## COUNT 2

THE UNITED STATES ATTORNEY FURTHER CHARGES:

On or about December 15, 2021, in the District of South Carolina, the Defendant, **DAVID SCOTT EMORY**, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and transfer firearms, that is, a Ruger, Model American Rimfire, 17 caliber rifle, and a Taurus, Model Millennium PT111 G2, 9mm pistol, to Stephanie Mercer, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of North Carolina, the State in which the Defendant was residing at the time of the aforesaid sale and transfer of the firearms, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## COUNT 3

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about January 5, 2022, in the District of South Carolina, the Defendant, **DAVID SCOTT EMORY**, knowingly sold or otherwise transferred a firearm, that is, a Glock, model 21, .45 caliber pistol, to Confidential Informant #1, knowing and having reasonable cause to believe that Confidential Informant #1 had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## COUNT 4

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about January 12, 2022, in the District of South Carolina, the Defendant, **DAVID SCOTT EMORY**, knowingly sold or otherwise transferred a firearm, that is, a Springfield Armory, model HDs-9, 9mm pistol, to Confidential Informant #1, knowing and having reasonable cause to believe that Confidential Informant #1 had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *[signature]*
Christopher B. Schoen (Fed. ID # 11421)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:  864-268-2100
Fax:  864-233-3158
Email: Christopher.Schoen@usdoj.gov